# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

Case Number **CR 13 00248**  Defendant Number **03**
U.S.A. v. **Edward Valencia**   Year of Birth **1961**
☐ Indictment   ☑ Information   Investigative agency (FBI, DEA, etc.) **FDA**

**NOTE:** All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

## OFFENSE/VENUE

a. Offense charged as a:
   ☑ Misdemeanor   ☐ Minor Offense   ☐ Felony
   ☐ Petty Offense   ☐ Class B Misdemeanor
b. Date of offense **1/15/09-3/22/13**
c. County in which first offense occurred
   **Los Angeles County**
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles      ☐ Ventura
   ☐ Orange           ☐ Santa Barbara
   ☐ Riverside        ☐ San Luis Obispo
   ☐ San Bernardino   ☐ Other _____
Citation of offense **18 U.S.C. 371; 21 U.S.C. 331(k)**

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: **3/18/13**
   Case Number **13-MJ-645**
   Charging **21 U.S.C. 331(k), 333(a)(1), 352; 18 U.S.C. 2**

The complaint:   ☑ is still pending
                 ☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*   ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

IS THIS A NEW DEFENDANT ?   ☐ Yes   ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____
Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*   ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes   ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes   ☑ No
IF YES, list language and/or dialect: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**OTHER**

☑ Male    ☐ Female
☑ U.S. Citizen    ☐ Alien
Alias Name(s) _____

This defendant is charged in:    ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No
IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud      ☐ public corruption
☑ government fraud                 ☐ tax offenses
☐ environmental issues             ☐ mail/wire fraud
☐ narcotics offenses               ☐ immigration offenses
☐ violent crimes/firearms          ☐ corporate fraud
☐ Other: _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: 3/22/2013
b. Posted bond at complaint level on: 3/25/13
   in the amount of $ 25,000
c. PSA supervision?    ☑ Yes    ☐ No
d. Is a Fugitive    ☐ Yes    ☑ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.    ☐ Yes    ☑ No

Defendant is **in** custody:
a. Place of incarceration:    ☐ State    ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:    ☐ Yes    ☐ No
   IF YES ☐ State    ☐ Federal    ☐ Writ of Issue
f. Awaiting trial on other charges:    ☐ Yes    ☐ No
   IF YES ☐ State    ☐ Federal    AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date 4/15/13

Signature of Assistant U.S. Attorney

Diana M. Kwok
*Print Name*